FILED

OCT 17 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 18CR 703 |
| ) | |
| v. ) | Violations: Title 18, United States |
| ) | Code, Sections 1591(a)(1), (b)(1), |
| LENNIE PERRY ) | (b)(2), and (c) |

JUDGE LEINENWEBER
MAGISTRATE JUDGE ROWLAND

## COUNT ONE

The SPECIAL AUGUST 2017 GRAND JURY charges:

From in or about 2012, and continuing through on or about October 2014, in the Northern District of Illinois, Eastern Division, and elsewhere,

LENNIE PERRY,

defendant herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means a person, namely, Individual R, knowing and in reckless disregard of the fact that Individual R had attained the age of 14 years but had not attained the age of 18 years old and would be caused to engage in a commercial sex act;

In violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2).

## COUNT TWO

The SPECIAL AUGUST 2017 GRAND JURY further charges:

From in or about summer 2013, and continuing through on or about summer 2014, in the Northern District of Illinois, Eastern Division, and elsewhere,

LENNIE PERRY,

defendant herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means a person, namely, Individual E, knowing and in reckless disregard of the fact that Individual E had attained the age of 14 years but had not attained the age of 18 years old and would be caused to engage in a commercial sex act;

In violation of Title 18, United States Code, Section 1591(a)(1) and (b)(2).

## COUNT THREE

The SPECIAL AUGUST 2017 GRAND JURY further charges:

During in or about 2016, and continuing through in or about April 2017, in the Northern District of Illinois, Eastern Division, and elsewhere,

LENNIE PERRY,

defendant herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited by any means a person, namely, Minor B, having had a reasonable opportunity to observe Minor B, and knowing and in reckless disregard of the fact that Minor B had attained the age of 14 years but had not attained the age of 18 years old and would be caused to engage in a commercial sex act;

In violation of Title 18, United States Code, Section 1591(a)(1), (b)(2), and (c).

## COUNT FOUR

The SPECIAL AUGUST 2017 GRAND JURY further charges:

During in or about 2016, and continuing through in or about March 2017, in the Northern District of Illinois, Eastern Division, and elsewhere,

## LENNIE PERRY,

defendant herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited by any means a person, namely, Minor D, having had a reasonable opportunity to observe Minor D, and knowing and in reckless disregard of the fact that Minor D had attained the age of 14 years but had not attained the age of 18 years old and would be caused to engage in a commercial sex act;

In violation of Title 18, United States Code, Section 1591(a)(1), (b)(2), and (c).

## COUNT FIVE

The SPECIAL AUGUST 2017 GRAND JURY further charges:

During in or about 2016, and continuing through in or about January 2017, in the Northern District of Illinois, Eastern Division, and elsewhere,

### LENNIE PERRY,

defendant herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited by any means a person, namely, Individual B, having had a reasonable opportunity to observe Individual B, and knowing and in reckless disregard of the fact that Individual B had attained the age of 14 years but had not attained the age of 18 years old and would be caused to engage in a commercial sex act;

In violation of Title 18, United States Code, Section 1591(a)(1), (b)(2), and (c).

## COUNT SIX

The SPECIAL AUGUST 2017 GRAND JURY further charges:

During in or about 2016, and continuing through in or about February 2017, in the Northern District of Illinois, Eastern Division, and elsewhere,

### LENNIE PERRY,

defendant herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited by any means a person, namely, Individual N, having had a reasonable opportunity to observe Individual N, and knowing and in reckless disregard of the fact that Individual N had attained the age of 14 years but had not attained the age of 18 years old and would be caused to engage in a commercial sex act;

In violation of Title 18, United States Code, Section 1591(a)(1), (b)(2), and (c).

## COUNT SEVEN

The SPECIAL AUGUST 2017 GRAND JURY further charges:

During in or about spring 2017, in the Northern District of Illinois, Eastern Division, and elsewhere,

LENNIE PERRY,

defendant herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited by any means a person, namely, Individual D, having had a reasonable opportunity to observe Individual D, and knowing and in reckless disregard of the fact that Individual D had not yet attainted the age of 14 years old and would be caused to engage in a commercial sex act;

In violation of Title 18, United States Code, Section 1591(a)(1), (b)(1), and (c).

## COUNT EIGHT

The SPECIAL AUGUST 2017 GRAND JURY further charges:

During in or about April 2017, in the Northern District of Illinois, Eastern Division, and elsewhere,

LENNIE PERRY,

defendant herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited by any means a person, namely, Individual C, having had a reasonable opportunity to observe Individual C, and knowing and in reckless disregard of the fact that Individual C had attained the age of 14 years but had not attained the age of 18 years old and would be caused to engage in a commercial sex act;

In violation of Title 18, United States Code, Section 1591(a)(1), (b)(2), and (c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY